AO 450 (SCD 04/2010)   Judgment in a Civil Action

UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | |
|---|---|
| Jeron Alondo Cook | ) |
| *Petitioner* | ) |
| v. | ) Civil Action No.   0:20-cv-00173-MGL |
| Warden Kenneth Nelsen | ) |
| *Respondent* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❒ the petitioner *(name)* _____ recover from the respondent *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

❒ the petitioner recover nothing, the action be dismissed on the merits, and the respondent *(name)* _____ recover costs from the petitioner *(name)* _____.

■ other: Summary judgment is entered for the respondent, Warden Kenneth Nelsen. The petitioner, Jeron Alondo Cook, shall take nothing of the respondent, Warden Kenneth Nelsen, and this action is dismissed with prejudice.

This action was *(check one)*:

❒ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❒ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Court, the Honorable, Mary Geiger Lewis, United States District Judge, presiding. The Court having adopted the Report and Recommendation of the Honorable Paige J. Gossett, United States Magistrate Judge, granting the respondent's motion for summary judgment.

Date:  October 19, 2020                                                                                  *ROBIN L. BLUME, CLERK OF COURT*

                                                                                                                                  s/M. McDonnell
                                                                                                                         *Signature of Clerk or Deputy Clerk*